20207. WILLIAMS *v.* KWIK SHAKE DISPENSER MANUFACTURING COMPANY.

HEAD, Justice. The bill of exceptions assigns as error a judgment of the court sustaining the demurrers of the plaintiff to the defendant's answer and cross-action. *Held:*

The dismissal of a cross-bill or answer is not such a final disposition of a cause as may be reviewed in this court. Code § 6-701, as amended by Ga. L. 1957, pp. 229-232; *Knights of the Ku Klux Klan* v. *Terrell,* 155 *Ga.* 374 (116 S. E. 793); *White* v. *Chisolm,* 160 *Ga.* 177 (127 S. E. 140); *Byrd* v. *Equitable Life Assurance Society,* 184 *Ga.* 178 (190 S. E. 584); *Darden* v. *Roberts,* 193 *Ga.* 637 (19 S. E. 2d 270); *Sanders* v. *Sanders,* 212 *Ga.* 244 (91 S. E. 2d 604); *Bowman* v. *Poole,* 212 *Ga.* 697 (95 S. E. 2d 375). The amendment to the rules of practice and procedure, approved January 19, 1957 (Ga. L. 1957, pp. 224-248), did not repeal or modify the rule that the dismissal of a cross-action on demurrer is not such a final judgment as may be reviewed by direct bill of exceptions.

*Writ of error dismissed. All the Justices concur.*

SUBMITTED SEPTEMBER 9, 1958—DECIDED OCTOBER 10, 1958.

*Howell C. Ravan,* for plaintiff in error.
*Hicks & Henderson,* contra.